ACCEPTED
01-14-00973-CV
FIRST COURT OF APPEALS
HOUSTON, TEXAS
9/21/2015 4:11:01 PM
CHRISTOPHER PRINE
CLERK

## NO. 01-14-00973-CV

| | | |
|---|---|---|
| PETER D. TRAN, NAM VAN NGUYEN, THE KIM HOANG, AND TUYEN NGOC BUI ON BEHALF OF THE VIETNAMESE COMMUNITY OF HOUSTON & VICINITY, INC., Appellants, | § § § § § § § § | IN THE FIRST FILED IN 1st COURT OF APPEALS HOUSTON, TEXAS 9/21/2015 4:11:01 PM CHRISTOPHER A. PRINE Clerk |
| VS. | § § | COURT OF APPEALS |
| ALOYSIUS DUY-HUNG HOANG, TERESA NGOC-BICH HOANG, CAVATINA TRUONG, SKYBIRD NGUYEN AND HOC NHU PHAN, Appellees. | § § § § § | HOUSTON, TEXAS |

## APPELLANTS' MOTION TO EXTEND TIME TO FILE REPLY BRIEF

Appellants ask the Court to extend the time to file their Reply Brief.

### A. Introduction

1. Appellants are Peter D. Tran, Nam Van Nguyen, The Kim Hoang, and Tuyen Ngoc Bui on Behalf of the Vietnamese Community of Houston & Vicinity, Inc.

2. This Motion to Extend Time to File Reply Brief is brought pursuant to Rule 10.5(b) of the Texas Rules of Appellate Procedure.

### B. Argument & Authorities

3. The Court has the authority under Texas Rule of Appellate Procedure 10.5(b) to extend the time to file the reply brief.

4. Appellants request an additional 4 days to file their reply brief, extending the time until September 25, 2015.

1

5. Two previous short extensions have been requested and granted to extend the time to file Appellants' Reply Brief.

6. Appellants need additional time to file their Reply Brief because Appellants' counsel has been became involved in an emergency filing requiring an emergency temporary orders hearing in the 505th Judicial District Court set for September 22, 2015 at 9:30 a.m. Counsel has had to prepare for the hearing which has taken time away from completion of the Reply Brief. Appellants' counsel requires additional time to complete the drafting of the Reply Brief.

### C. Conclusion

7. Appellants require additional time to complete their Reply Brief.

### D. Prayer

8. For these reasons, Appellants ask the Court to grant an extension of time to

file their Reply Brief until September 25, 2015.

Respectfully submitted,

ALLAN A. CEASE & ASSOCIATES, P.C.

BY: Allan A. Cease
Texas Bar No. 04040550
Email: allancease@comcast.net
56 Sugar Creek Center Blvd, Suite 300
Sugar Land, Texas 77478
Tel. 281-980-0909
Fax 281-980-1069
Attorney for Appellants, Peter D. Tran, Nam Van
Nguyen, The Kim Hoang, and Tuyen Ngoc Bui
on Behalf of the Vietnamese Community of
Houston & Vicinity, Inc.

## VERIFICATION

STATE OF TEXAS         §

FORT BEND COUNTY     §

Before me, the undersigned notary, on this day personally appeared Allan A. Cease, the affiant, a person whose identity is known to me. After I administered an oath to affiant, affiant testified:

"My name is Allan A. Cease. I am capable of making this verification. I have read the Appellants' Motion to Extend Time to File Reply Brief. The facts stated in it are within my personal knowledge and are true and correct."

_____
Allan A. Cease

SWORN TO AND SUBSCRIBED BEFORE ME by Allan A. Cease on September 21, 2015.

ANNIE NGUYEN
Notary Public, State of Texas
My Commission Expires
April 17, 2019

_____
Notary Public - State of Texas

4

## CERTIFICATE OF CONFERENCE

I certify that I have conferred with Brent C. Perry and he is unopposed to this motion.

Allan A. Cease

## CERTIFICATE OF SERVICE

I certify that a copy of Appellants' Motion to Extend Time to File Brief was served on Appellees, Aloysius Duy-Hung Hoang, Teresa Ngoc-Bich Hoang, Cavatina Truong, Skybird Nguyen and Hoc Nhu Phan, through counsel of record, Brent C. Perry, at 800 Commerce Street, Suite 102, Houston, Texas 77002, by email to brentperry@brentperrylaw.com, on September 21, 2015.

Allan A. Cease